**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

S. Marie Johnson
Attorney at Law
P. O. Box 14103
New Iberia LA 70562

**REHEARING ACTION: July 8, 2009**

**Docket Number: 08   01197-CA**

**WILLIE MAE AMBROSE**
**VERSUS**
**CITY OF NEW IBERIA**

**Appealed from Iberia Parish Case No. 99514-D**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. J. David Painter**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Willie Mae Ambrose** has this day been

    **DENIED.**

cc: Karen Day White, Counsel for the Appellee